UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

D'ANDRE ALEXANDER,

    Plaintiff,

Case No. 2:16-cv-49

v.

HON. ROBERT HOLMES BELL

UNKNOWN MAKELA, et al.,

    Defendants.

_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

In accordance with the Opinion entered on this day:

**IT IS HEREBY ORDERED** that Plaintiff's objection to the R&R (ECF No. 27) is **OVERRULED**.

**IT IS FURTHER ORDERED** that the R&R (ECF No. 25) is **APPROVED** and **ADOPTED** as modified by the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 16) is **DENIED IN PART** as to Plaintiff's claims against each named Defendant arising from the December 17, 2014 cell search and confiscation or destruction of property, and Plaintiff's claim that Defendants Pelkola and Lee caused the loss of his 13-inch flat screen, and Defendant Makela intentionally disregarded and failed to properly verify this grievance.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 16) is **GRANTED IN PART** as to all of the other claims asserted in the complaint.

Dated: <u>November 21, 2016</u>              <u>/s/ Robert Holmes Bell         </u>
                                            ROBERT HOLMES BELL
                                            UNITED STATES DISTRICT JUDGE